# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 73

In the Interest of K.B.

David Whitcomb, Phd, LP,                                    Petitioner and Appellee

     v.

K.B.,                                                       Respondent and Appellant

## No. 20230086

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Nicholas D. Thornton, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant State's Attorney, Jamestown, N.D., for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, N.D., for respondent and appellant; submitted on brief.

# Interest of K.B.
## No. 20230086

**Per Curiam.**

[¶1]  K.B. appeals from an order requiring hospitalization at the North Dakota State Hospital for a period not to exceed 90 days. K.B. argues the district court erred in finding her mentally ill and a person requiring treatment. We conclude the district court's findings are supported by clear and convincing evidence and are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]  Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr